**CONSOLIDATED EDISON CO. OF NEW YORK, et al., Plaintiffs–Appellants,**

v.

**James D. WATKINS, Secretary of Energy, et al., Defendants–Appellees.**

**No. DC–113.**

Temporary Emergency Court of Appeals.

Argued Jan. 7, 1991.

Decided March 15, 1991.

Philip P. Kalodner, Philadelphia, Pa., was on the brief for plaintiffs-appellants Consolidated Edison Co. of New York, Inc., Southern California Edison Co., Long Island Lighting Co., Pacific Gas & Elec. Co., Orange and Rockland Utilities Inc., San Diego Gas and Elec. Co., Champion Intern. Corp., Weyerhaeuser Co., Federal Paperboard Co. Inc., and Intern. Paper Co.

Andrew P. Miller, Milton B. Whitfield, and J. Bradley Ortins, Dickstein, Shapiro & Morin, Washington, D.C., for defendants-appellee States of Del., Iowa, La., N.D., R.I. and W.Va.

Bernard Nash and Edward G. Modell, Washington, D.C., for defendant-appellee States Hawaii, Ill., Kan., Neb., Nev., N.C., Guam and the Virgin Islands.

James F. Flug, Henry Banta, Paula Dinerstein, Lobel, Novins, Lamont & Flug, Washington, D.C., for defendant-appellee States Ala., Cal., Conn., Idaho, Ind., Md., Mich., Miss., Mont., Ohio, S.D., Vt., Wis. and Wyo.

Neil F. Hartigan, Atty. Gen., and Michael J. Hayes, Deputy Atty. Gen., Chicago, Ill., for defendant-appellee State of Ill.

Dave Frohnmayer, Atty. Gen., Donald C. Arnold, Chief Counsel, Dept. of Justice, Salem, Or., for defendant-appellee State of Or.

John Van de Kamp, Atty. Gen., Yeoryios C. Apallas, Deputy Atty. Gen., San Francisco, Cal., for defendant-appellee State of Cal.

Ernest D. Preate Jr., Atty. Gen., Eugene F. Waye, James A. Donahue III, Deputy Attys. Gen., Harrisburg, Pa., for defendant-appellee Com. of Pa.

Marc Johnston and Stephen C. Skubel, Office of the Gen. Counsel, Dept. of Energy, Washington, D.C., were on the brief for defendants-appellees John S. Herrington, Secretary of Energy, and George B. Breznay, Director, Office of Hearings and Appeals.

Before GARZA, Chief Judge, HOFFMAN, and THORNBERRY, Judges.

PER CURIAM:

Upon consideration of the briefs and the record, and the contentions of the parties

**1228**

at oral argument, we have determined that Appellants have failed to demonstrate error. Accordingly, we affirm on the basis of the district court opinion. 752 F.Supp. 1082 (D.C.1990).

AFFIRMED.